IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,

V.  CR-2022-20-TFM

QUINTON OLSON
    Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Quinton Olson, Defendant in the above named case, appeals to the United States Court of Appeals for the Eleventh Circuit from the sentence imposed by the District Court in a Criminal Case on the 30th day of May 2023.

This notice of appeal has been prepared and filed by the undersigned attorney who was appointed by the District Court to represent the Defendant in the District Court pursuant to the Criminal Justice Act.

                                                s/Barre C. Dumas
                                                Attorney for Defendant

Barre C. Dumas, Attorney
4320 Downtowner Loop South
Mobile, AL.  36609
251-338-1020